1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE TRAVELERS INDEMNITY
COMPANY, a foreign insurance company,

                Plaintiff,

      v.

MCKINSTRY CO., LLC. a Washington
limited liability company, SELLEN
CONSTRUCTION CO., INC., a Washington
Corporation, URBAN VISIONS MFA
SECOND & PIKE LLC, a Washington limited
liability company,

                Defendants.

No.  C24-1718-SKV

**STIPULATION AND [PROPOSED]
ORDER TO EXTEND DEADLINES
FOR MCKINSTRY CO., LLC AND
SELLEN CONSTRUCTION CO., INC
TO ANSWER TRAVELERS'
COMPLAINT**

NO ORAL ARGUMENT REQUESTED

       Pursuant to Western District of Washington Local Civil Rule 10(g), Plaintiff The

Travelers Indemnity Company ("Travelers") and Defendants McKinstry Co., LLC

("McKinstry") and Sellen Construction Co., Inc ("Sellen") through their undersigned attorneys,

stipulate and move as follows:

**1.     STIPULATION**

       Travelers, McKinstry, and Sellen hereby stipulate and agree to extend the time for

Defendants McKinstry and Sellen to file their Answers to Travelers' Complaint.  The Answers

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES
FOR MCKINSTRY AND SELLEN TO ANSWER COMPLAINT – 1
Cause No. 2:24-cv-1718

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444/F: (206) 467-5544

1    are now due on January 20, 2025.

2

3        DATED this 11th day of December 2024

4                                          *The undersigned hereby certifies that this*
                                           *memorandum contains 79 words, in*
5                                          *compliance with the Local Civil Rules.*

6                                          LETHER LAW GROUP

7                                          s/ N. Chance Laboda
                                           N. Chance Laboda, WSBA #54273
8                                          1848 Westlake Ave N., Suite 100
                                           Seattle, WA  98109
9                                          P: 206-467-5444 / F: 206-467-5544
                                           claboda@letherlaw.com
10                                         *Counsel for The Travelers Indemnity Company*

11                                         HARPER | HAYES PLLC

12                                         By: s/ Todd C. Hayes
                                           Todd C. Hayes, WSBA #26361
13                                         Charles K. Davis, WSBA #38231
                                           1200 Fifth Avenue, Suite 1208
14                                         Seattle, WA 98101
                                           (206) 340-8010
15                                         todd@harperhayes.com
                                           cdavis@harperhayes.com
16                                         *Counsel for Defendant McKinstry Co., LLC*

17                                         GORDON TILDEN THOMAS & CORDELL
                                           LLP
18
                                           By: s/ Greg D. Pendleton
19                                         Greg D. Pendleton, WSBA #38361
                                           Katie S. Wan, WSBA #58647
20                                         600 University Street, Suite 2915
                                           Seattle, Washington 98101
21                                         206.467.6477
                                           gpendleton@gordontilden.com
22                                         kwan@gordontilden.com
                                           *Counsel for Defendant Sellen Construction*
23                                         *Co., Inc.*

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES
FOR MCKINSTRY AND SELLEN TO ANSWER COMPLAINT – 2
Cause No. 2:24-cv-1718

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 / F: (206) 467-5544

1

**II.    ORDER**

2    Pursuant to the foregoing stipulation of the parties, it is hereby ORDERED that the

3    deadline for McKinstry and Sellen to file their answers to Travelers' Complaint is extended to

4    January 20, 2025.

5    IT IS SO ORDERED

6    DATED this 17th day of December, 2024.

7

8    _____
     S. KATE VAUGHAN
9    United States Magistrate Judge

10

PRESENTED BY:

11

12

LETHER LAW GROUP

13    _s/ N. Chance Laboda_
     N. Chance Laboda, WSBA #54273
     1848 Westlake Ave N., Suite 100
14    Seattle, WA  98109
     P: 206-467-5444 / F: 206-467-5544
15    claboda@letherlaw.com
     *Counsel for The Travelers Indemnity Company*

16

HARPER | HAYES PLLC
17
     By: _s/ Charles K. Davis_
18    Todd C. Hayes, WSBA #26361
     Charles K. Davis, WSBA #38231
19    1200 Fifth Avenue, Suite 1208
     Seattle, WA 98101
20    (206) 340-8010
     todd@harperhayes.com
21    cdavis@harperhayes.com
     *Counsel for Defendant McKinstry Co., LLC*

22

GORDON TILDEN THOMAS & CORDELL
23    LLP

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES
FOR MCKINSTRY AND SELLEN TO ANSWER COMPLAINT – 3
Cause No. 2:24-cv-1718

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444/F: (206) 467-5544

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

By: *s/ Greg D. Pendleton*_____
Greg D. Pendleton, WSBA #38361
Katie S. Wan, WSBA #58647
600 University Street, Suite 2915
Seattle, Washington 98101
(206) 467-6477
gpendleton@gordontilden.com
kwan@gordontilden.com
*Counsel for Defendant Sellen Construction Co., Inc.*

**CERTIFICATE OF SERVICE**

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES
FOR MCKINSTRY AND SELLEN TO ANSWER COMPLAINT – 4
Cause No. 2:24-cv-1718

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 / F: (206) 467-5544

1

2      The undersigned hereby certifies under the penalty of perjury under the laws of the State

3  of Washington that on this date I caused to be served in the manner noted below a true and correct

4  copy of the foregoing on the following party(ies):

5      Todd C. Hayes
       HARPER │ HAYES  PLLC
6      1200 Fifth Avenue, Suite 1208
       Seattle, WA  98101
7      P: (206) 340-8793
       todd@harperhayes.com
       *Counsel for McKinstry Co., LLC*
8

9      Greg D. Pendleton
       Gordon Tilden Thomas & Cordell LLP
10     One Union Square
       600 University Street, Suite 2915
11     Seattle, Washington 98101
       t: (206) 467-6477   d: (206) 805-3157
12     c: (206) 226-4649
       gpendleton@gordontilden.com
13     *Counsel for Sellen Construction Co., Inc.*

14     Jay Terry
       Teva Sempel
15     John Dippoled
       Carney Badley Spellman
16     Carney Badley Spellman
       701 Fifth Avenue, Suite 3600
17     Seattle, Washington 98104
       P: (206) 622-8020
18     terry@carneylaw.com
       sempel@carneylaw.com
19     dippoldj@carneylaw.com
       *Counsel for Urban Visions MFA Second & Pike*

20 **By:        [  ] First Class Mail          [X] E-Service/Email      [  ] Legal Messenger**

21
       DATED this 11th day of December 2024 at Seattle, Washington.
22

23                                              *s/ Brittany Lang*
                                                Brittany Lang │ Paralegal

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES
FOR MCKINSTRY AND SELLEN TO ANSWER COMPLAINT – 5
Cause No. 2:24-cv-1718

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 / F: (206) 467-5544