UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY, a foreign insurance company,<br><br>Plaintiff,<br><br>v.<br><br>MCKINSTRY CO., LLC. a Washington limited liability company, SELLEN CONSTRUCTION CO., INC., a Washington Corporation, URBAN VISIONS MFA SECOND & PIKE LLC, a Washington limited liability company,<br><br>Defendants. | No. C24-1718-SKV<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR MCKINSTRY CO., LLC AND SELLEN CONSTRUCTION CO., INC. TO ANSWER TRAVELERS' COMPLAINT**<br><br>NO ORAL ARGUMENT REQUESTED |

Pursuant to Western District of Washington Local Civil Rule 10(g), Plaintiff The Travelers Indemnity Company ("Travelers") and Defendants McKinstry Co., LLC ("McKinstry") and Sellen Construction Co., Inc ("Sellen") through their undersigned attorneys, stipulate and move as follows:

**1.    STIPULATION**

Travelers, McKinstry, and Sellen hereby stipulate and agree to extend the time for Defendants McKinstry and Sellen to file their Answers to Travelers' Complaint. The Answers shall be due within 14 days of the Court's Order on the pending Motions to Stay. If the Motions

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES
FOR MCKINSTRY AND SELLEN TO ANSWER COMPLAINT – 1
No. C24-1718-SKV

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 / F: (206) 467-5544

to Stay are granted and a stay of the case is effectuated, then no answer shall be due until after the stay is lifted.

DATED this 16th day of January 2025

*The undersigned hereby certifies that this memorandum contains 108 words, in compliance with the Local Civil Rules.*

LETHER LAW GROUP

s/ N. Chance Laboda
N. Chance Laboda, WSBA #54273
1848 Westlake Ave N., Suite 100
Seattle, WA  98109
P: 206-467-5444 / F: 206-467-5544
claboda@letherlaw.com
*Counsel for The Travelers Indemnity Company*

HARPER | HAYES PLLC

By: s/ Todd C. Hayes
Todd C. Hayes, WSBA #26361
Charles K. Davis, WSBA #38231
1200 Fifth Avenue, Suite 1208
Seattle, WA 98101
**(**206) 340-8010
todd@harperhayes.com
cdavis@harperhayes.com
*Counsel for McKinstry Co., LLC*

GORDON TILDEN THOMAS & CORDELL LLP

By: s/ Greg D. Pendleton
Greg D. Pendleton, WSBA #38361
Katie S. Wan, WSBA #58647
600 University Street, Suite 2915
Seattle, Washington 98101
206.467.6477
gpendleton@gordontilden.com
kwan@gordontilden.com
*Counsel for Sellen Construction Co., Inc.*

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR MCKINSTRY AND SELLEN TO ANSWER COMPLAINT – 2
No. C24-1718-SKV

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 / F: (206) 467-5544

**II.   ORDER**

Pursuant to the foregoing stipulation of the parties, it is hereby ORDERED that the deadline for McKinstry and Sellen to Answer Travelers' Complaint shall be within 14 days of the Court's Order on the pending Motions to Stay. If the Motions to Stay are granted and a stay of the case is effectuated, then no answer shall be due until the stay is lifted.

IT IS SO ORDERED.

DATED this 21st day of January, 2025.

_____
S. KATE VAUGHAN
United States Magistrate Judge

PRESENTED BY:

LETHER LAW GROUP

*s/ N. Chance Laboda*
N. Chance Laboda, WSBA #54273
1848 Westlake Ave N., Suite 100
Seattle, WA  98109
P: 206-467-5444 / F: 206-467-5544
claboda@letherlaw.com
*Counsel for The Travelers Indemnity Company*

HARPER | HAYES PLLC

By: *s/ Charles K. Davis*
Todd C. Hayes, WSBA #26361
Charles K. Davis, WSBA #38231
1200 Fifth Avenue, Suite 1208
Seattle, WA 98101
**(**206) 340-8010
todd@harperhayes.com

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR MCKINSTRY AND SELLEN TO ANSWER COMPLAINT – 3
No. C24-1718-SKV

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 / F: (206) 467-5544

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

cdavis@harperhayes.com
*Counsel for Defendant McKinstry Co., LLC*

GORDON TILDEN THOMAS & CORDELL LLP

By: *s/ Greg D. Pendleton*
Greg D. Pendleton, WSBA #38361
Katie S. Wan, WSBA #58647
600 University Street, Suite 2915
Seattle, Washington 98101
(206) 467-6477
gpendleton@gordontilden.com
kwan@gordontilden.com
*Counsel for Defendant Sellen Construction Co., Inc.*

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR MCKINSTRY AND SELLEN TO ANSWER COMPLAINT – 4
No. C24-1718-SKV

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 / F: (206) 467-5544

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under the penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the following party(ies):

Todd C. Hayes
HARPER│HAYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, WA 98101
P: (206) 340-8793
todd@harperhayes.com
*Counsel for McKinstry Co., LLC*

Greg D. Pendleton
Gordon Tilden Thomas & Cordell LLP
One Union Square
600 University Street, Suite 2915
Seattle, Washington 98101
t: (206) 467-6477   d: (206) 805-3157
c: (206) 226-4649
gpendleton@gordontilden.com
*Counsel for Sellen Construction Co., Inc.*

Jay Terry
Teva Sempel
John Dippoled
Carney Badley Spellman
Carney Badley Spellman
701 Fifth Avenue, Suite 3600
Seattle, Washington 98104
P: (206) 622-8020
terry@carneylaw.com
sempel@carneylaw.com
dippoldj@carneylaw.com
*Counsel for Urban Visions MFA Second & Pike*

**By:**      [  ] First Class Mail          [X] E-Service/Email      [  ] Legal Messenger

DATED this 16th day of January 2025 at Seattle, Washington.

*s/ Brittany Lang*
Brittany Lang | Paralegal

---

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR MCKINSTRY AND SELLEN TO ANSWER COMPLAINT – 5
No. C24-1718-SKV

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 / F: (206) 467-5544