UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY, a foreign insurance company,<br><br>Plaintiff,<br><br>v.<br><br>MCKINSTRY CO., LLC. a Washington limited liability company, SELLEN CONSTRUCTION CO., INC., a Washington Corporation, URBAN VISIONS MFA SECOND & PIKE LLC, a Washington limited liability company,<br><br>Defendants. | No. 2:24-cv-1718<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINES FOR URBAN VISIONS MFA SECOND & PIKE TO ANSWER TRAVELERS' COMPLAINT**<br><br>NO ORAL ARGUMENT REQUESTED |

Pursuant to Western District of Washington Local Civil Rule 10(g), Plaintiff The Travelers Indemnity Company ("Travelers") and Defendant Urban Visions MFA Second & Pike LLC ("Urban Visions") by and through their undersigned attorneys, stipulate and move as follows:

1. **STIPULATION**

Travelers and Urban Visions hereby stipulate and agree to extend the time for Defendant Urban Visions to file their Answer to Travelers' Complaint. The Answer shall be due within 14 days of the Court's Order on the pending Motions to Stay. If the Motions to Stay are granted and

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINES
FOR UV TO ANSWER COMPLAINT – 1
Cause No. 2:24-cv-1718

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 / F: (206) 467-5544

a stay of the case is effectuated, then no answer shall be due until after the stay is lifted.

DATED this 7th day of March 2025

*The undersigned hereby certifies that this memorandum contains 108 words, in compliance with the Local Civil Rules.*

LETHER LAW GROUP

*s/ N. Chance Laboda*
N. Chance Laboda, WSBA #54273
1848 Westlake Ave N., Suite 100
Seattle, WA 98109
P: 206-467-5444 / F: 206-467-5544
claboda@letherlaw.com
*Counsel for Plaintiff, The Travelers Indemnity Company*

*s/ Tristan Swanson*
Tristan N. Swanson, WSBA No. 41934
MILLER NASH LLP
605 5th Ave S, Ste 900
Seattle, WA 98104
Tel: (206) 777-7530
Fax: (206) 340-9599
tristan.swanson@millernash.com
*Counsel for Defendant, Urban Visions MFA Second & Pike*

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR UV TO ANSWER COMPLAINT – 2
Cause No. 2:24-cv-1718

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444/F: (206) 467-5544

## II. ORDER

Pursuant to the foregoing stipulation of the parties, it is hereby ORDERED that the deadline for Urban Visions to Answer Travelers' Complaint shall be within 14 days of the Court's Order on the pending Motions to Stay. If the Motions to Stay are granted and a stay of the case is effectuated, then no answer shall be due until the stay is lifted.

IT IS SO ORDERED

DATED March 10, 2025.

_____
Honorable Tana Lin
United States District Judge

PRESENTED BY:

LETHER LAW GROUP

*s/ N. Chance Laboda*
N. Chance Laboda, WSBA #54273
1848 Westlake Ave N., Suite 100
Seattle, WA 98109
P: 206-467-5444 / F: 206-467-5544
claboda@letherlaw.com
*Counsel for Plaintiff, The Travelers Indemnity Company*

*s/ Tristan Swanson*
Tristan N. Swanson, WSBA No. 41934
MILLER NASH LLP
605 5th Ave S, Ste 900
Seattle, WA 98104
Tel: (206) 777-7530

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR UV TO ANSWER COMPLAINT – 3
Cause No. 2:24-cv-1718

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 / F: (206) 467-5544

Fax: (206) 340-9599
tristan.swanson@millernash.com
*Counsel for Defendant, Urban Visions MFA Second*
*& Pike*

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR UV TO ANSWER COMPLAINT – 4
Cause No. 2:24-cv-1718

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 / F: (206) 467-5544

|     |     |
| --- | --- |
| 1   | **CERTIFICATE OF SERVICE** |

2  The undersigned hereby certifies under the penalty of perjury under the laws of the State

3  of Washington that on this date I caused to be served in the manner noted below a true and correct

4  copy of the foregoing on the following party(ies):

5  Todd C. Hayes
   HARPER│HAYES PLLC
6  1200 Fifth Avenue, Suite 1208
   Seattle, WA 98101
7  P: (206) 340-8793
   todd@harperhayes.com
8  *Counsel for McKinstry Co., LLC*

9  Greg D. Pendleton
   Gordon Tilden Thomas & Cordell LLP
10 One Union Square
   600 University Street, Suite 2915
11 Seattle, Washington 98101
   t: (206) 467-6477   d: (206) 805-3157
12 c: (206) 226-4649
   gpendleton@gordontilden.com
13 *Counsel for Sellen Construction Co., Inc.*

14 Tristan Swanson
   MILLER NASH LLP
15 605 5th Ave S, Ste 900
   Seattle, WA 98104
16 Tel: (206) 777-7530
   Fax: (206) 340-9599
17 tristan.swanson@millernash.com
   *Counsel for Urban Visions MFA*
18 *Second & Pike*

19 **By:**     [  ] **First Class Mail**     [X] **E-Service/Email**     [  ] **Legal Messenger**

20
   DATED this 7th day of March 2025 at Seattle, Washington.
21

22                                              *s/ Brittany Lang*
                                                Brittany Lang | Paralegal
23

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINES
FOR UV TO ANSWER COMPLAINT – 5
Cause No. 2:24-cv-1718

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 / F: (206) 467-5544