Honorable Judge Tana Lin

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE TRAVELERS INDEMNITY COMPANY, a foreign insurance company,

Plaintiff,

v.

MCKINSTRY CO., LLC. a Washington limited liability company, SELLEN CONSTRUCTION CO., INC., a Washington Corporation, URBAN VISIONS MFA SECOND & PIKE LLC, a Washington limited liability company,

Defendants.

No. 2:24-cv-01718-TL

**STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO CONTINUE TRIAL DATE AND AMEND CASE SCHEDULE**

**NOTE FOR MOTION CALENDAR: OCTOBER 2, 2026**

The Travelers Indemnity Company (Travelers), McKinstry Co., LLC (McKinstry), and Sellen Construction Co., Inc (Sellen) (collectively, the "Parties") have conferred and hereby Stipulate and jointly request that the Court continue the trial date and amend the operative Order Setting Jury Trial Date and Related Deadlines (**Dkt. 53**) pursuant to Fed. R. Civ. P. 6 and LCR 10(g).

## I. LEGAL AUTHORITY

### A. Applicable Legal Standard

A [case] schedule may be modified only for good cause and with the judge's consent. Fed. R. Civ. P. 16(b)(4); *see also* LCR 16(b)(6) ("[A] schedule may be modified only for good

cause and with the judge's consent"). The decision to modify a scheduling order is within the broad discretion of the district court. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607 (9th Cir. 1992).

**B. Good Cause Exists to Extend the Trial Date and Pretrial Deadlines**

Good cause exists to continue the trial date and related pretrial deadlines. The Parties currently have Summary Judgment Motions pending before the Court. **Dkts. 51, 54, 58, 60, 61**. The Motions have been fully briefed. *Id*. The Court's decision on the pending dispositive Motions may materially affect the scope of the remaining claims, discovery, expert testimony, and trial preparation in this matter.

In light of the pending Motions, the Parties jointly request a one-hundred-and-twenty-day continuance of the current Case Schedule to avoid unnecessary expense and inefficiency, and to permit the Parties to conduct any remaining discovery and trial preparation in an orderly manner following the Court's ruling. The requested continuance is sought in good faith, is not sought for purposes of delay, and will not prejudice any party.

For these reasons, the Parties respectfully move the Court to amend the Case Schedule and continue the trial date in this matter as follows:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| JURY TRIAL SET FOR 09:00 AM ON | **6/28/2027** | **10/26/2027** |
| Deadline for filing amended pleadings | 11/30/2026 | 3/30/2027 |
| Disclosure of expert testimony under FRCP 26(a)(2) due | 11/30/2026 | 3/30/2027 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) due | 12/30/2026 | 4/29/2027 |

| | | |
|---|---|---|
| All motions related to discovery must be filed by | 12/30/2026 | 4/29/2027 |
| Discovery completed by | 1/29/2027 | 6/1/2027 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (*see* LCR 7(d)) | 3/1/2027 | 6/29/2027 |
| Settlement Conference, if mediation has been requested by the parties per LCR 39.1, held no later than | 3/30/2027 | 7/28/2027 |
| Mediation per LCR 39.1, if requested by the parties, held no later than | 4/29/2027 | 8/27/2027 |
| All motions *in limine* must be filed by | 5/24/2027 | 9/21/2027 |
| Agreed LCR 16.1 Pretrial Order due | 6/7/2027 | 10/5/2027 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions due by this date. Counsel are to confer and indicate with their submissions which exhibits are agreed to. | 6/11/2027 | 10/12/2027 |
| Pretrial Conference scheduled for 01:00 pm on | 6/21/2027 | 10/19/2027 |

DATED this 2nd day of October 2026.

LETHER LAW GROUP

*/s/ Thomas Lether*
Thomas Lether, WSBA #18089
*/s/ N. Chance Laboda*
N. Chance Laboda, WSBA #54273
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444/F: (206) 467-5544
tlether@letherlaw.com
claboda@letherlaw.com
*Counsel for Plaintiff The Travelers Indemnity Company*

//

HARPER | HAYES PLLC

*/s/ Todd Hayes*
Todd Hayes, WSBA #26361
Charles K. Davis, WSBA #38231
1200 Fifth Avenue, Suite 1208
Seattle, WA 98101
P: (206) 340-8793
todd@harperhayes.com
cdavis@harperhayes.com
*Counsel for McKinstry Co., LLC*

GORDON TILDEN THOMAS & CORDELL LLP

*/s/ Greg D. Pendleton*
Greg D. Pendleton, WSBA #38361
Katherine S. Wan, WSBA #58647
One Union Square
600 University Street, Suite 2915
Seattle, Washington 98101
T: (206) 467-6477
gpendleton@gordontilden.com
kwan@gordontilden.com
*Counsel for Sellen Construction Co., Inc*

## II. [~~PROPOSED~~] ORDER

The Court, having reviewed the above Stipulated Motion, hereby ORDERS that the following deadlines are continued one hundred and twenty (120) days and the Case Schedule is amended as follows:

| EVENT | DATE |
|---|---|
| JURY TRIAL SET FOR 09:00 AM ON | **11/8/2027** |
| Deadline for filing amended pleadings | 3/30/2027 |
| Disclosure of expert testimony under FRCP 26(a)(2) due | 3/30/2027 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) due | 4/29/2027 |
| All motions related to discovery must be filed by | 4/29/2027 |
| Discovery completed by | 6/1/2027 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (*see* LCR 7(d)) | 6/29/2027 |
| Settlement Conference, if mediation has been requested by the parties per LCR 39.1, held no later than | 7/28/2027 |
| Mediation per LCR 39.1, if requested by the parties, held no later than | 8/27/2027 |
| All motions *in limine* must be filed by | 10/4/2027 |
| Agreed LCR 16.1 Pretrial Order due | 10/18/2027 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions due by this date. Counsel are to confer and indicate with their submissions which exhibits are agreed to. | 10/22/2027 |
| Pretrial Conference scheduled for 01:00 pm on | 10/29/2027 |

//

//

IT IS SO ORDERED.

DATED this 9th day of October 2026.

Honorable Judge Tana Lin
United States District Judge